ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT 12 2016

CLERK, U.S. DISTRICT COURT
By_____
Deputy

UNITED STATES OF AMERICA

v.

BALDEMAR SOLIS
a/k/a/ "Balt"

Case No. 4:16-CR-242-A

## INDICTMENT

The Grand Jury Charges:

### Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before January 2011, and continuing until in or around August 2012, and beyond, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendant **Baldemar Solis**, also known as Balt, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(B), namely to possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)).

A TRUE BILL.

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas  76102
Telephone:  817-252-5200
Facsimile:  817-252-5455

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

BALDEMAR SOLIS (01)
a/k/a "Balt"

INDICTMENT

21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
Conspiracy to Possess with Intent to Distribute a Controlled Substance
1 Count

A true bill rendered

FORT WORTH                                                    FOREPERSON

Filed in open court this 12th day of October, 2016.

Defendant in Federal Custody since 09/16/2016

UNITED STATES MAGISTRATE JUDGE
(Magistrate Court Number: 4:12-MJ-245)