IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO: 4:16-CR-242-A |
| | § | |
| BALDEMAR SOLIS | § | |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD

TO THE HONORABLE JUDGE JOHN MCBRYDE:

COMES NOW DEFENDANT'S attorney of record MARK ALAN HOAK (hereinafter "Counsel"), and files this Motion to Withdraw as Counsel of Record in the above styled and numbered cause and in support thereof would show the Court the following:

### I. FACTS

I.1. Attorney was retained to represent Defendant. Defendant is in custody pending trial, that has been set for January 23, 2017.

I.2. Defendant has pleaded not guilty to the charges at the arraignment hearing.

I.3. There is a conflict of personality that precludes counsel from further representing Defendant in this cause.

I.4. Counsel has taken reasonable steps to resolve this conflict before filing this motion.

I.5. This motion to withdraw and appointment of new Counsel can be accomplished without materially affecting the rights of the Defendant.

I.6. This motion has not been filed for the purposes of delay.

I.7. Defendant and Defendant's family have breached their agreement with counsel.

I.8. Defendant has agreed with the withdraw as shown by his signature to this Motion.

## II.   ARGUMENT AND AUTHORITES

II.1. Texas State Bar Rule I.06 prohibits an attorney from representing a client once a conflict has arisen. Loyalty is an essential element in the lawyer's relationship to a client. If such a conflict arises after representation has been undertaken, the lawyer must take effective action to eliminate the conflict, including withdrawal if necessary to rectify the situation. Texas Bar Rule 1.06; cmt 1.

II.2. The undersigned Counsel requests permission to withdraw and have new Counsel appointed for Defendant.

II.3. New Counsel will be able to independently review the issues, advice Defendant and further may be able to advise Defendant regarding the potential consequences of a guilty verdict by a jury versus the possible impact of accepting the plea agreement which was offered to Defendant in this case.

## PRAYER

Therefore, Counsel prays that this Court allow the undersigned to withdraw as Counsel of record for Defendant and that new Counsel be appointed to represent Defendant.

Respectfully submitted,

__/s/Mark Alan Hoak__
Mark Alan Hoak, (markhoak)
Attorney for James Vanblaricum
Texas Bar # 09736520
1307-B West Abram St., Suite 211
Arlington, Texas 76013
markhoak@gmail.com
Phone: 817-740-8900
Fax: 214-723-5964


Agreed to Substitution:

\* Baldemar Solis                                    12-5-2016

**BALDEMAR SOLIS , Defendant**                       **Date**


CERTIFICATE OF CONFERENCE

I hereby certify that on December 6th, 2016, I had conferenced with the government's counsel regarding the above Motion for Substitution and Government is ~~Opposed~~ UNOPPOSED to this motion.

__/s/Mark Alan Hoak__
Mark A. Hoak


CERTIFICATE OF SERVICE

I hereby certify that on December 9th, 2016, I filed the foregoing document with the clerk of the Court of the United State District Court, Northern District of Texas, and has been delivered to all parties of record.


__/s/Mark Alan Hoak__
Mark A. Hoak