ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 4:16-CR-242-A |
| BALDEMAR SOLIS (01)<br>a/k/a "Balt" | ENHANCEMENT<br>INFORMATION<br><br>[21 U.S.C. §§ 841(b)(1)(B):<br>Penalty Enhancement for<br>a Prior Conviction for a Felony<br>Drug Offense] |

THE UNITED STATES ATTORNEY CHARGES:

PENALTY ENHANCEMENT INFORMATION

The United States Attorney for the Northern District of Texas files this enhancement information and notifies the above-named Defendant pursuant to Title 21 United States Code, section 851 that based on **Baldemar Solis's** prior conviction for a felony drug offense dated October 19, 1995, for Possession of Marihuana – 5-50lbs, in Case No. 0583502D, in the Criminal District Court No. 1, Tarrant County, Texas, the Defendant is subject to increased punishment if convicted. In the event that the Defendant is convicted of Count One of the Indictment in this cause, then the United States Attorney for the Northern District of Texas will move the court to enhance the Defendant's sentence pursuant to Title 21, United States Code, section 841(b)(1)(B),

which provides for a sentence of imprisonment of not less than 10 years and not more than life, a fine of up to $8,000,000.00, and a term of supervised release for not less than 8 years.

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

/s/ Shawn Smith

SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone:   817-252-5200
Facsimile:   817-252-5455

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2017, the foregoing Government's Penalty Information was served by first class mail to Terri Moore at 300 Burnett Street Suite 160, Fort Worth, Texas 76102.

/s/ Shawn Smith

SHAWN SMITH
Assistant United States Attorney