U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 21 2017
CLERK, U.S. DISTRICT COURT
By _____ Deputy

COPY
FEB - 6 2017

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | NO. 4:16-CR-00242-A |
| BALDEMAR SOLIS | § § | |

### DEFENDANT'S WITNESS LIST (2017)

COMES NOW, Defendant, by and through his counsel, Terri Moore, pursuant to Local Rule 16.1(b) and in accordance with the Court's Pretrial Order hereby files the following listing of witnesses for trial:

| NO. | WITNESS/SUBJECT MATTER | SWORN | TESTIFIED |
|---|---|---|---|
| 1. | Fabian Nino — Will testify as to facts surrounding Defendant living in South Texas | 2/21 | 2/21 |
| 2. | ~~Task Force Officer Mott~~ — Will testify as to facts of the case | Can't ~~(illegible)~~ 2/21 | |
| 3. | Lindsay Leander — Will testify as to Defendant's drug Rehabilitation | 2/21 | 2/21 |
| 4. | ~~B.A. Finney~~ — Will testify as to facts of the case | ~~2/21~~ | |
| 5. | ~~Barbara Grubbs~~ — Will testify as to facts about vehicle registration | | |

6. ~~Richard Miles~~
   Opinion Testimony
   Will testify as to expert opinion
   regarding informant testimony

7. ~~Michael Ware~~
   Opinion Testimony
   Will testify as to expert opinion
   regarding informant testimony

Respectfully submitted,

*Terri Moore*

Terri Moore
State Bar No. 14377780
Law Office of Terri Moore
300 Burnett Street, Ste. 160
Fort Worth, Texas 76102
(817) 877-4700
(817) 698-0000 (facsimile)
**moore@terrimoorelaw.com**

Attorney for Baldemar Solis

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2017, I hand-delivered the foregoing Witness List with the clerk for the U.S. District Court, Northern District of Texas, and to Assistant United States Attorney Shawn Smith.

*Terri Moore*

Terri Moore
Attorney for Defendant