IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
NORTH FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT
FILED

FEB 2 1 2017

CLERK, U.S. DISTRICT COURT
By_____
            Deputy

UNITED STATES OF AMERICA

v.                                              No. 4:16-CR-242-A

BALDEMAR SOLIS (01)

## GOVERNMENT'S EXHIBIT LIST  (2017)

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 1. | Case Agent | Transcripts of Audio Recording (Stevenson) | 2/21 | 2/21 | 2/1 |
| 2. | Case Agent | Transcripts of Audio Recording (Solis #1) | 2/21 | 2/21 | 2/21 |
| 3. | Case Agent | Transcripts of Audio Recording (Solis #2) | 2/21 | 2/21 | 2/21 |
| 4. | Case Agent | Transcripts of Audio Recording (Solis #3) | 2/21 | 2/21 | 2/21 |
| 5. | Self-authenticating | David Alonzo Proffer Letter | | | |
| 6. | Self-authenticating | David Alonzo Indictment | 2/21 | 2/21 | |
| 7. | Self-authenticating | David Alonzo Factual Resume | | | |
| 8. | Self-authenticating | David Alonzo Plea Agreement | | | 2/21 |
| 9. | Self-authenticating | David Alonzo Plea Agreement Supplemental | | | 2/21 |
| 10. | Self-authenticating | David Alonzo Judgment | | | |

Government's Exhibit List - Page 1

| | | | | | |
|---|---|---|---|---|---|
| 11. | Self-authenticating | Desiree Alia Bakhshai Indictment | 2/21 | 2/21 | |
| 12. | Self-authenticating | Desiree Alia Bakhshai Factual Resume | 2/21 | 2/21 | 2/21 |
| 13. | Self-authenticating | Desiree Alia Bakhshai Proffer Letter | 2/21 | 2/21 | 2/21 |
| 14. | Self-authenticating | Desiree Alia Bakhshai Judgment | 2/21 | 2/21 | |
| 15. | Self-authenticating | Desiree Alia Bakhshai Motion | | | |
| 16. | Self-authenticating | Antoinette Tricomi Proffer Letter | 2/21 | 2/21 | 2/21 |
| 17. | Self-authenticating | Antoinette Tricomi Factual Resume | 2/21 | 2/21 | 2/21 |
| 18. | Self-authenticating | Antoinette Tricomi Indictment | | | |
| 19. | Self-authenticating | Antoinette Tricomi Judgment | | | |

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

**Government's Exhibit List - Page 2**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above Government's Exhibit List was this day served upon counsel for each defendant, in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure.

SHAWN SMITH
Assistant United States Attorney

**Government's Exhibit List - Page 3**